AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Kaspersky Lab, Inc.; Kaspersky Labs Limited )
)
*Plaintiff(s)* )
v. ) Civil Action No. 17-2697 (CKK)
Department of Homeland Security; )
Kirstjen Nielsen, in her official capacity as Secretary )
of Homeland Security )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Attorney for the District of Columbia Jessie K. Liu
555 Fourth Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ryan P. Fayhee
Baker & McKenzie LLP
815 Connecticut Ave., N.W.
Washington, DC 20006

DEC 20 2017
REGINALD D. ROWAN
LEAD LEGAL AST.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/20/2017

/s/ Sherryl Horn
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-2697 (CKK)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Attorney for the District of Columbia Jessie K. Liu
was received by me on *(date)* December 20, 2017 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* REGINALD D. ROWAN , who is
designated by law to accept service of process on behalf of *(name of organization)* U.S. ATTORNEY'S
OFFICE on *(date)* 12/20/17 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12-20-2017

_____
Server's signature

Marcial Vargas / Office Clerk
Printed name and title

Baker & McKenzie LLP; 815 Connecticut Ave., NW; Washington, DC 20006
Server's address

Additional information regarding attempted service, etc: