UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KASPERSKY LAB, INC.; and KASPERSKY LABS LIMITED,**<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY; and KIRSTJEN NIELSEN,** *Secretary of Homeland Security*<br><br>Defendants. | Case No. 1:17-cv-2697 (CKK) |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of the Defendant:

    SAMUEL M. SINGER
    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Ave. NW
    Washington, DC 20530
    (202) 616-8014
    samuel.m.singer@usdoj.gov

January 16, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director,
Federal Programs Branch

*/s/ Samuel M. Singer*
SAMUEL M. SINGER

D.C. Bar. No. 1014022
Trial Attorney, Federal Programs Branch
Civil Division
United States Department of Justice
20 Massachusetts Ave., NW, Room 6138
Washington, DC 20530
Tel: (202) 616-8014 | Fax: (202) 616-8470
samuel.m.singer@usdoj.gov

*Counsel for Defendants*