**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KASPERSKY LAB, INC. | ) |
| | ) |
| and | ) |
| | ) |
| KASPERSKY LABS LIMITED | ) |
| | ) |
| Plaintiffs, | ) Civ. Act. No. 17-cv-02697-CKK |
| | ) |
| v. | ) |
| | ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY | ) |
| | ) |
| and | ) |
| | ) |
| KIRSTJEN NIELSEN, in her official capacity as | ) |
| Secretary of Homeland Security | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ANGELO GENTILE'S DECLARATION IN SUPPORT OF**
**PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION**

I, Angelo Gentile, hereby declare:

1. I make this Declaration in support of Plaintiffs' Application for Preliminary Injunction, in the above captioned case.

2. This Declaration is based on my personal knowledge of the matters stated herein.

3. Since August 2016, I have held the title of Executive Vice President, Finance and Operations of Plaintiff Kaspersky Lab, Inc.

4. Kaspersky Lab, Inc., is a Massachusetts corporation based in Woburn Massachusetts, and is a direct wholly-owned subsidiary of its U.K. parent, Kaspersky Labs Limited, the ultimate holding company for all Kaspersky Lab group entities (hereinafter,

Plaintiffs Kaspersky Lab, Inc. and Kaspersky Labs Limited collectively "Kaspersky Lab" or the "Company"). Kaspersky Lab, Inc. serves as the North American headquarters of Kaspersky Lab.

5.      In my capacity as Executive Vice President, Finance and Operations of Kaspersky Lab, Inc., I oversee the operations and financial management—i.e., financial planning, performance, and reporting—of the company, including for the company's revenue from sales through channel partners to consumers as well as commercial and government customers in the U.S. and Canada.

6.      Prior to this role, I served as Senior Vice President, Finance and Administration of Kaspersky Lab, Inc. from November 2004 to August 2016, at which time I was responsible for the strategic financial management of Kaspersky Lab's North American sales and operations.

7.      I have been continuously employed by Kaspersky Lab, Inc. ever since the company's incorporation in 2004.

8.      I have more than three decades of financial management experience at technology companies. I graduated from Northeastern University in 1984 with a Bachelor of Science in Finance and Accounting. Prior to joining Kaspersky Lab, Inc., I served as Vice President, Finance at Riverdeep Group, plc. Prior to Riverdeep, I was Chief Financial Officer at Invention Machine Corporation and Chief Financial Officer at USTeleCenters.

## KASPERSKY LAB

9.      Kaspersky Lab is a multinational cybersecurity company focused exclusively on protecting its customers against cyberthreats, no matter their origin.  It is one of the world's largest privately owned cybersecurity companies, operating in 200 countries and territories and maintaining 35 offices in 31 countries. Among its offices are research and development centers employing anti-malware experts in the U.S., Europe, Japan, Israel, China, Russia, and Latin

America.   Over 400 million users—from governments to private individuals, commercial enterprise to critical infrastructure owners and operators alike—utilize Kaspersky Lab technologies to secure their data and systems.   Kaspersky Lab consistently ranks among the world's top four vendors of security solutions for endpoint users.

10.     Kaspersky Lab was founded in 1997 by Eugene Kaspersky and a small group of associates.   Mr. Kaspersky has been the CEO of Kaspersky Lab since 2007.   Although the Company's global headquarters are in Moscow, more than 85% of its sales in 2016 were generated outside of Russia.   Kaspersky Lab's presence in Russia and its deployment in areas of the world in which many sophisticated cyberthreats originate, situates the Company to be a unique and essential partner in the fight against such threats which, in its absence, may not otherwise be met.

### KASPERSKY LAB, INC. AND ITS U.S. BUSINESS

11.     The U.S. has historically been one of the most significant geographic markets in Kaspersky Lab's global business. Sales to customers in the U.S. represented approximately one quarter of total global bookings in 2016.

12.     Kaspersky Lab, Inc. has invested over half a billion dollars in the U.S. over the last thirteen years, and over $60 million in 2017 alone.

13.     A tiny fraction of Kaspersky Lab, Inc. sales in the U.S. have been to the U.S. Government, and have been driven by channel sales through (independent) resellers.   Active licenses held by federal agencies have a total value (to Kaspersky Lab, Inc. and the Company as a whole) of less than USD $54,000—approximately 0.03% of Kaspersky Lab, Inc.'s annual U.S. sales.

## REPUTATIONAL HARM CAUSED BY BOD-17-01

14.     In my roles for Kaspersky Lab, Inc., I am responsible for reporting the financial results for our North American operations to Kaspersky Labs Limited in the U.K. where the Company's accounts are audited by KPMG and filed with the U.K. Companies House (*See* https://beta.companieshouse.gov.uk/company/04249748/filing-history). I work closely with my colleagues in London and Moscow who are responsible for the Company's accounts, including to assess the impact of Kaspersky Lab, Inc.'s performance on the Company's operations and the accounts of Kaspersky Labs Limited.  This specifically has included assessing the impact of Binding Operational Directive 17-01 (the "BOD") which the U.S. Department of Homeland Security (DHS) issued on September 13, 2017.  The BOD (as accompanied by DHS's press release) branded our antivirus software products and services "information security risks" to U.S. Government information systems, and summarily ordered their removal and permanent debarment from those systems.

15.     At Kaspersky Lab, we market ourselves as a leading *defensive* cyber technology company, focused exclusively on *protecting against* cyberthreats no matter their origin, and so, in accusing our products of themselves being a cyberthreat, the BOD caused immediate harm to the Company's reputation and our core values.

16.     Kaspersky Lab has a substantial interest in the continued ability for its resellers to sell its products to the U.S. Government, its contractors and other U.S. based customers—even though historically, only a small fraction of Kaspersky Lab, Inc. sales (through resellers) have been to the U.S. Government, as explained above.  DHS's labelling Kaspersky Lab's antivirus software products "information security risks" and summarily banning them from all government agencies has a profound impact on the Company's brand, reputation, and prospects everywhere

that it does business. This includes the use of those same products by our commercial customers and individual consumers and the reputation that our products enjoy with those (current and potential) users.

17.     Simply put, the BOD is causing, and (if not rescinded) will continue to cause, profound reputational harm to Kaspersky Lab, which in turn, is causing significant financial damage to the Company, as explained below.

**IMMEDIATE AND ADVERSE FINANCIAL IMPACT OF BOD-17-01**

18.     Due to the effective debarment resulting from the BOD, Kaspersky Lab immediately lost revenue that may have been generated by license renewals by existing federal customers and new sales to government customers and contractors operating in their systems.

19.     The BOD has also had an immediate and severe adverse impact on Kaspersky Lab's U.S. commercial and consumer sales.  This impact is continuing and growing.  Kaspersky Lab books for Fiscal Year 2017 have just been closed on January 17, 2018.  Much of the data in this Declaration is taken from these results, which were finalized today.

20.     Several U.S. retailers have removed Kaspersky Lab products from their shelves and online stores and suspended their long-standing partnerships with Kaspersky Lab following the issuance of the BOD.  Several of these retailers, which provided a steady stream of both new customers and consumer product subscription renewals to Kaspersky Lab over the years, went even further and, upon removing Kaspersky Lab products from their shelves and online offerings, encouraged and otherwise incentivized existing Kaspersky Lab software customers (current license holders) to "switch" to the software of one of our competitors.  As a result of these actions, Kaspersky Lab Inc.'s 2017 Q3 gross bookings from retail sales in the U.S. immediately fell 37% compared to the same period in 2016.

21.     Kaspersky Lab, Inc.'s gross bookings from U.S. retail sales in 2017 Q4 fell 61% compared to the same period in 2016. The Company's gross bookings from U.S. retail sales in the second half of 2017 were 50% lower than they were during the same period in 2016.

22.     In addition to the decline in the consumer market, Kaspersky Lab, Inc.'s business-to-business ("B2B") sales have also been negatively impacted since the issuance of the BOD. The Company's 2017 bookings from B2B sales fell 33% in Q3 and 45% in Q4 when compared to the same period in 2016. The license renewal rate of existing B2B customers has fallen 23 percentage points in the second half of 2017 compared to the same period in 2016.

23.     Several substantial tenders for the provision of Kaspersky Lab products that were in process at the time of the BOD, were terminated by customers as a result of its issuance, in many cases before issuance of the December 6, 2017 Final Decision maintaining the BOD. In these cases, the potential B2B customers have often reiterated their belief that Kaspersky Lab is the best technical solution for their needs, but that they were unwilling or unable to proceed with the purchase due to the DHS action.

24.     Even where our partners have been successful in making sales of Kaspersky Lab products recently, we are receiving and processing an unprecedented volume of product return and early termination requests. Many customers returning the software for a refund specifically cite the BOD, and these concerns are difficult to address so long as the BOD remains in effect. Net loss from product returns to Kaspersky Lab, Inc. from U.S. customers from September through December 2017 totalled $237,312.73.  By contrast, net loss from product returns during the same period last year totalled only $10,033.16.  Kaspersky Lab's position as a trusted software vendor has been compromised in all areas, which has resulted in the company accepting returns that would otherwise have been rejected under our standard returns policy.  The company

will be on stronger ground in addressing immediate customer concerns should the BOD be preliminarily rescinded.

25.     All of this has in turn reduced Kaspersky Labs Limited's return on investment in Kaspersky Lab, Inc., and has lowered the value of its shareholdings in that subsidiary. While sales to customers in the U.S. represented approximately one quarter of total global bookings in 2016, the U.S. accounted for only one fifth of total global bookings in 2017.

26.     Kaspersky Lab, Inc. has also seen a substantial headcount reduction from 281 employees in the U.S. on September 12, 2017 (the day before the BOD was issued) to 253 U.S. employees on January 17, 2018, representing a 10% reduction in headcount. This decline is largely attributable to: i) voluntary departures from the company caused by a fall in staff morale due to the attacks on the reputation and integrity of the company and its products (including through the BOD and statements made by DHS officials); and ii) layoffs necessitated by falling revenues (we have been forced to lay-off 24 employees in the last month alone).

27.     We remain willing and able to work with DHS to address any legitimate concerns that it has regarding Kaspersky Lab software, or that of similarly situated vendors.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on January 17, 2018.