# **<u>Exhibit A</u>**



July 18, 2017

The Honorable John F. Kelly
Secretary of Homeland Security
U.S. Department of Homeland Security
Washington, D.C. 20528

Dear Secretary Kelly:

Given Kaspersky Lab's longstanding commitment to transparency, the trustworthy development of its technologies and solutions, and cooperation with governments worldwide and the IT security industry to combat cyber threats, we write to offer any information or assistance we can provide with regards to any Department investigation regarding the company, its operations, or its products.

Since its founding in 1997, Kaspersky Lab, as an IT security company, has abided by the highest ethical business standards to protect individual consumers, businesses of every size, and other enterprises from cyber threats, regardless of their origin or purpose. The company has no ties to any government, and as such, has never helped, nor will help, any government with cyberespionage or other cyber offensive efforts. In fact, Kaspersky Lab regularly works with the global IT security community, international organizations, international, national and regional law enforcement agencies,[1] and Computer Emergency Response Teams (CERTs) worldwide to fight cybercrime, providing technical expertise and forensic malware analysis. Our Global Research and Analysis Team, which monitors and investigates over 100 advanced persistent threat (APT) actors and their campaigns, has publicly reported on more Russian-speaking cyber espionage campaigns[2] than any other security company. We have a number of certifications from independent bodies verifying that our products are transparent and recommended for use by companies that deal with confidential and sensitive data. As a result, Kaspersky Lab technologies are trusted by more than 120 global technology and OEM partners.

During my May 11, 2017, Reddit "Ask Me Anything" session, I stated that I am happy to make myself available to the Senate Select Committee on Intelligence and its staff as it conducts its important work. This offer extends to the Department, other federal agencies including law enforcement, and other Congressional and Senate Committees as well. The integrity and assurance of our products and technologies remain our utmost priority, and we maintain that a deeper, collaborative examination of our company and its products will assuage any concerns.

---

[1] Including INTERPOL, Europol, the National High Tech Crime Unit of the Netherlands National Police Agency, and the City of London Police.
[2] These actors include RedOctober, CloudAtlas , Miniduke, CosmicDuke, Epic Turla, Penguin Turla, Black Energy, Agent.BTZ, Teamspy, Lurk, GCMAN, Metel, Carbanak, Sofacy (Fancy Bear), Cozy Duke (Cozy Bear).

Kaspersky Lab looks forward to working with the Department and its staff and welcomes further dialogue. Please contact Tara Hairston via email (Tara.Hairston@kaspersky.com) or phone (202-604-9189) to discuss how we might communicate more directly with you or your staff and explore ways that we might work together to make cyberspace safer.

Regards,

Eugene Kaspersky
Founder and Chief Executive Officer
Kaspersky Lab