# Exhibit N

#### POLITICO
## Morning Cybersecurity

*A daily briefing on politics and cybersecurity*

#### Get the Morning Cybersecurity Newsletter

> Your email...

By signing up you agree to receive email newsletters or alerts from POLITICO. You can unsubscribe at any time.

# The checklist for DHS on election security

By **TIM STARKS** | 12/13/2017 10:00 AM EST

*With help from Eric Geller and Martin Matishak*

**THE ELECTION SECURITY BUFFET** — The Department of Homeland Security sent officials to Alabama to help digitally defend the state's closely watched special Senate election on Tuesday, representing just one initiative in a broad range of election security efforts the agency is undertaking ahead of the 2018 midterms. A top DHS official on Tuesday detailed the pressing challenges the agency is trying to tackle, from how to get all states hooked up with security clearances and vulnerability scans, to more distance goals, like how to help election officials upgrade their voting machines.

**In a wide-ranging interview** with reporters, Christopher Krebs, who's leading DHS's main cyber wing for the time being, said his agency is making progress but needs to do more. That includes a meeting today with voting machine vendors to set up the kind of information sharing structure common in other critical infrastructure industries like financial services or energy. And it means figuring out a way to forge better relationships with state and local election officials, many of whom have been skeptical or outright hostile toward DHS over what they view as invasive aid or inadequate information sharing.

**Overall, Krebs said he was confident** of DHS obtaining the ultimate goal: "What I'm worried about is undermining the broader confidence in the vote," he said. "When I break down what we're doing with election systems, my outcome is ensuring the American people have confidence when they show up to vote, whether it's for a state, mayor, county commissioner or president." Pros can read the full story here.

**At the same sit-down with the media,** Krebs said federal agencies are ahead of schedule on removing Russia-based Kaspersky Lab software from their networks. Today's the deadline for agencies to begin implementing their plans to dump the antivirus firm's products from their systems. "For the most part, we're closed out on removing the Kaspersky [antivirus]-branded products," he said.

**HAPPY WEDNESDAY and welcome to Morning Cybersecurity!** Your MC host stopped reading "At the Mountains of Madness" when (spoiler alert) the giant penguins appeared and I was supposed to somehow be scared or weirded out or something. But maybe Lovecraft was onto something. Send your thoughts, feedback and especially tips to tstarks@politico.com and be sure to follow @timstarks, @POLITICOPro and @MorningCybersec. Full team info below.

**[GUIDE TO EXECUTIVE BRANCH]** From fully grasping the executive branch's role in regulations and budgeting to understanding what exactly an executive order is — the executive branch is complex. Whether you want to brush up on all things executive branch or need to quickly explain it to someone, this essential guide has you covered. DOWNLOAD YOUR GUIDE TO THE EXECUTIVE BRANCH.

**Faster, Smarter Legislative Tracking:** Don't wait until 2018 to try *Legislative Compass*, POLITICO Pro's powerful, easy-to-use tool for federal and state legislative tracking. 2017 preferred pricing expires 12/31. Start my trial.

**WE'LL ALWAYS HAVE 2016 —** Sen. Dianne Feinstein, the top Democrat on the Senate Judiciary Committee, on Tuesday asked the Trump transition team for a fresh tranche of documents for the panel's ongoing investigation into Russia's digital meddling in last year's presidential election. The California Democrat specifically asked for "all communications concerning Russian interference in the 2016 election, including all communications regarding emails of the Democratic National Committee, John Podesta, or Hillary Clinton."

**Separately, Sen. Ron Wyden,** a senior member of the Senate Intelligence Committee, pressed the White House to take "concrete steps" to protect future federal elections, including designating political campaigns as part of the country's "critical infrastructure" — giving them easier access to DHS cybersecurity tools — and creating a rubric to grade states on their digital security. The Secret Service should also be tasked with the digital security of presidential candidates, Wyden said in a letter to national security adviser H.R. McMaster.

**GREEN LIGHT FOR IT UPGRADE FUND —** President Donald Trump on Tuesday signed into law the National Defense Authorization Act for the 2018 fiscal year, and buried in the legislation are several cyber provisions. For one

thing, the defense policy bill will create a government-wide IT modernization fund meant to help agencies shore up their aging computer systems and bolster their digital defenses. "Instead of wasting 80 percent of its annual budget on maintaining older IT systems, our government can now channel those resources to improve its cybersecurity defenses, protect our citizens' privacy, and deliver services more effectively and efficiently to our nation's veterans, students, and others seeking assistance," said Linda Moore, CEO and president of the tech industry trade group TechNet, in a statement.

**Congress hasn't appropriated money for the IT upgrade fund yet,** but in an interview with Federal Times, Rep. Will Hurd, the program's chief backer, said he wasn't worried. Despite the attention to the central upgrade fund, he said, "the meat of this bill is the working capital fund," which allows agencies to use savings from IT upgrades to pay for other priorities. Hurd said the Government Accountability Office "will be … articulating how the various agencies could be implementing this." The Professional Services Council cheered enactment of the IT fund, saying it would help agencies make investments to "limit vulnerabilities and increase security."

**Trump's signature on the NDAA also codifies a government-wide ban** on the use of products made by the Russian cybersecurity firm Kaspersky Lab, which the intelligence community worries has helped Kremlin spies steal classified material. DHS already directed civilian agencies to stop using Kaspersky software, but Sen. Jeanne Shaheen, who sponsored the NDAA amendment with the ban, said in a statement that it was "necessary that the current directive … be broadened and reinforced by statute." "The case against Kaspersky is well-documented and deeply concerning," said Shaheen, who sits on the Armed Services Committee. "This law is long overdue."

**Trump, meanwhile, expressed his concerns** about a different NDAA provision. Congress inserted a clause into the bill that withholds funding for the White House Communications Agency — which secures the president's

communications — until the White House submits a national cybersecurity strategy. In a signing statement, Trump attacked the provision as "unprecedented and dangerous." "I take cyber-related issues very seriously," Trump said, citing his May cyber executive order and chastising Congress for trying to force his hand.

**SPOTTED ON THE HILL —** Marine Lt. Gen. Vincent R. Stewart, one of the recently installed deputies as U.S. Cyber Command. The three-star general, who left his post as head of the Defense Intelligence Agency on Oct. 3 for the gig, was on Capitol Hill to meet leaders and professional staff members in both chambers, according to a Cyber Command spokesman. Stewart is viewed as one of the candidates who could possibly lead Cyber Command one day. The administration is currently working to put the eight-year-old organization on par with the Pentagon's nine other combatant commands, spinning it out from under the auspices of the NSA, which shares resources and leadership with Cyber Command.

**STATE SCOFFS AT RUSSIA 'DEAL' —** The Trump administration had a good reason for not signing a two-way deal Moscow offered this summer to not interfere in each other's politics, a State Department spokeswoman said Tuesday. Russia has a long history of not honoring diplomatic agreements, said the spokeswoman, Heather Nauert. "Let me remind you that Russia is not an honest broker when it comes to deals," she said. "I would be very skeptical when Russia comes to you, when Russia comes to the United States saying, 'OK, here's our agreement.' I'm not certain it's worth the paper that it's actually printed on."

**\*\* A message from Agari:** 84% of federal government domains remain unprotected from phishing and other email-based attacks, while 85% of federal agencies are targeted. DHS Binding Operational Directive 18-01 will close the door to those attacks. Protect your agency – and the people you serve – from becoming victims. Implement 18-01. **\*\***

**YOU'VE GONE TOO FAR THIS TIME —** The American Civil Liberties Union on Tuesday amended its lawsuit against Trump's election integrity commission, adding new arguments about the cyber risks of storing voter data in a centralized location. The ACLU pointed to recent revelations about the insecurity of the Crosscheck system that Kansas Secretary of State Kris Kobach — the vice-chair of the commission — recommends states use to check for instances of voter fraud. The reports underscore "the information security concerns that accompany aggregating voter information at the national level," the civil liberties group said.

**The ACLU added that since the commission was created** to be a "solely advisory" body, its collection of voter data "without taking sufficient action to guard against privacy and security risks" exceeds its legal authority. The ACLU also pointed out that none of the commission's members "have expertise in cybersecurity, privacy, and/or data protection."

**JUST LIKE THEY WERE SAYING —** A pro-Islamic State hacking group released personal information on 15,000 Michigan State University students and defaced several websites, the Middle East Media Research Institute reported Tuesday. The group, dubbed the Caliphate Cyber Ghosts, circulated images showing their accomplishments on the messaging app Telegram, according to MEMRI, which tracks the online activity of extremist groups. The images showed how the group defaced the websites of the D.C.-based nonprofit National Council of State Housing Agencies and the U.K.'s Newick Bonfire Society.

**One of the defacement messages** called the hacking retaliation for recent Trump policy declarations: "This site has been hacked and your military, government and sensitive sites will be hacked in response to your attack on the state of Caliphate and your recognition of Jerusalem as the Capital of Israel." Spokespeople for Michigan State University and the National Council of State Housing Agencies did not answer requests for comment.

**NOT TO BE CONFUSED WITH THE METAL BAND —** DHS is fueling improvements to a forensics tool used by law enforcement agencies to investigate how digital devices are used in a crime, the department's science and technology wing announced Tuesday. The improvements to the tool, known as Autopsy, include enhanced abilities to search through and analyze images on a device. "These enhancements will substantially increase Autopsy's ease-of-use for law enforcement agencies," said Megan Mahle, program manager of S&T's Cyber Security Forensics project. "The modules we're focusing on through our effort will add new functionalities and promote flexibility for use by each law enforcement investigator."

**TWEET OF THE DAY —** Alright, we chuckled.

**QUICK BYTES**

— Few states followed up on DHS's alerts that Russian hackers targeted them. BuzzFeed.

— An Italian prosecutor has asked for dismissal of the case of the break-in of surveillance vendor Hacking Team. Motherboard.

— That 1998 attack method might still work. Forbes.

— A report out Tuesday from the American Medical Association and Accenture found that 83 percent of doctors have experienced some kind of cyberattack.

**That's all for today.** But still. Not scared of penguins, just saying.

*Stay in touch with the whole team: Cory Bennett (cbennett@politico.com, @Cory_Bennett); Bryan Bender (bbender@politico.com, @BryanDBender); Eric Geller (egeller@politico.com, @ericgeller); Martin Matishak (mmatishak@politico.com, @martinmatishak) and Tim Starks (tstarks@politico.com, @timstarks).*

** **A message from Agari:** 84% of federal government domains remain unprotected from phishing and other email-based attacks, while 85% of federal agencies are targeted. DHS Binding Operational Directive 18-01 will close the door to those attacks. Protect your agency – and the people you serve – from becoming victims. Implement 18-01. **