## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KASPERSKY LAB, INC. | ) |
| | ) |
| and | ) |
| | ) |
| KASPERSKY LABS LIMITED | ) |
| | ) |
| Plaintiffs, | ) Civ. Act. No. 17-cv-02697-CKK |
| | ) |
| v. | ) |
| | ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY | ) |
| | ) |
| and | ) |
| | ) |
| KIRSTJEN NIELSEN, in her official capacity as | ) |
| Secretary of Homeland Security | ) |
| | ) |
| Defendants. | ) |
| | ) |

## [PROPOSED] ORDER GRANTING PLAINTIFFS'
## APPLICATION FOR PRELIMINARY INJUNCTION

Upon consideration of Plaintiffs' Application for Preliminary Injunction and the entire record herein, it is this _____ day of _____, 2018,

**ORDERED** that Plaintiffs' Application for Preliminary Injunction is hereby **GRANTED;**

**ORDERED** that Binding Operational Directive 17-01 issued by Defendant U.S. Department of Homeland Security ("DHS") on September 13, 2017 (the "BOD"), and the "Final Decision" issued by DHS on December 6, 2017 maintaining the BOD (the "Final Decision") are hereby preliminarily invalidated; and

**ORDERED** that DHS is hereby preliminarily enjoined from enforcing the BOD and the Final Decision.

**SO ORDERED**.

_____
U.S. District Judge Colleen Kollar-Kotelly