**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KASPERSKY LAB, INC. </br></br>and </br></br>KASPERSKY LABS LIMITED </br></br>        Plaintiffs, </br></br>   v. </br></br>U.S. DEPARTMENT OF HOMELAND SECURITY </br></br>and </br></br>KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security </br></br>        Defendants. | Civ. Act. No. 17-cv-02697-CKK |

## *ERRATA* REGARDING FINAL PAGE OF DECLARATION OF ANGELO GENTILE IN SUPPORT OF PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION

      Plaintiffs respectfully submit the following *Errata* to correct an electronic error (apparently from the upload transmission to CM/ECF) distorting the image of the final page of the Declaration of Angelo Gentile in Support of Plaintiffs' Application for Preliminary Injunction. *See* Doc. 10-2, page 7 of 7 (filed 1/17/18). The image of that final page, as it appears on CM/ECF, is erroneously enlarged, causing part of the signature line (as well as the page number) not to appear. *See Id.* Plaintiffs hereby are re-filing the original, final page of the Declaration, to replace Document 10-2, page 7. *See* Attached. The other pages of the Declaration transmitted correctly.

Dated: January 23, 2018

Respectfully submitted,

*/s/ Ryan P. Fayhee*
Ryan P. Fayhee (Bar No. 1033852)
Steven Chasin (Bar No. 495853)
**Baker & McKenzie LLP**
815 Connecticut Avenue NW
Washington D.C. 20006
Tel: (202) 452 7024
Fax: (202) 416 7024
Ryan.Fayhee@bakermckenzie.com
Steven.Chasin@bakermckenzie.com

*Attorneys for Kaspersky Lab, Inc. and Kaspersky Labs Limited*