will be on stronger ground in addressing immediate customer concerns should the BOD be preliminarily rescinded.

25. All of this has in turn reduced Kaspersky Labs Limited's return on investment in Kaspersky Lab, Inc., and has lowered the value of its shareholdings in that subsidiary. While sales to customers in the U.S. represented approximately one quarter of total global bookings in 2016, the U.S. accounted for only one fifth of total global bookings in 2017.

26. Kaspersky Lab, Inc. has also seen a substantial headcount reduction from 281 employees in the U.S. on September 12, 2017 (the day before the BOD was issued) to 253 U.S. employees on January 17, 2018, representing a 10% reduction in headcount. This decline is largely attributable to: i) voluntary departures from the company caused by a fall in staff morale due to the attacks on the reputation and integrity of the company and its products (including through the BOD and statements made by DHS officials); and ii) layoffs necessitated by falling revenues (we have been forced to lay-off 24 employees in the last month alone).

27. We remain willing and able to work with DHS to address any legitimate concerns that it has regarding Kaspersky Lab software, or that of similarly situated vendors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 17, 2018.

_____
Angelo Gentile