## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KASPERSKY LAB, INC. | ) |
| | ) |
| and | ) |
| | ) |
| KASPERSKY LABS LIMITED | ) |
| | ) |
| Plaintiffs, | ) Civ. Act. No. 17-cv-02697-CKK |
| | ) |
| v. | ) |
| | ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY | ) |
| | ) |
| and | ) |
| | ) |
| KIRSTJEN NIELSEN, in her official capacity as | ) |
| Secretary of Homeland Security | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Scott Krause, do hereby declare and state:

1. I am currently employed as the Executive Secretary for the U.S. Department of Homeland Security. In this capacity, I lead the team that processes, clears, and maintains files of all documents provided to the Secretary and Deputy Secretary of Homeland Security.

2. The facts attested to herein are based on my personal knowledge or information made available to me in the course of my official duties.

3. I certify to the best of my knowledge and belief that the documents annexed hereto and described in the attached index constitute a complete and accurate unclassified administrative record of the decision by the Acting Secretary of Homeland Security to issue Binding Operational Directive 17-01 and initiate the administrative process in September 2017, and the

decision to maintain Binding Operational Directive 17-01 without modification in December 2017 at the conclusion of the administrative process.  This record is comprised of all unclassified and non-privileged materials directly or indirectly considered by the Acting Secretary in making these decisions, as well as cover emails used to transmit materials to Kaspersky Lab.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, DC on February 5, 2018.

_____
Scott Krause

**Administrative Record Index**

| Document Description | Administrative Record (AR) Numbering |
|---|---|
| **September 2017 Issuance of Binding Operational Directive 17-01** | |
| Cover Memo for Acting Secretary, Aug. 30, 2017 | AR0001-AR0002 |
| Information Memo for Acting Secretary, Sept. 1, 2017 | AR0003-AR0024 |
| Ex. 1 – NCCIC Information Security Risk Assessment, Aug. 29, 2017 | AR0025-AR0032 |
| Ex. 2 – Kaspersky Press Release, Jan. 7, 2016 | AR0033-AR0034 |
| Ex. 3 – Kaspersky Cybersecurity Services Webpage | AR0035-AR0043 |
| Ex. 4 – Defense One Article, June 15, 2017 | AR0044-AR0049 |
| Ex. 5 – Link to MSNBC Piece, July 28, 2017 | AR0050 |
| Ex. 6 – Kaspersky Security Network Statement, Mar. 30, 2017 | AR0051-AR0060 |
| Ex. 7 – Daniel Coats Statement, May 11, 2017 | AR0061-AR0092 |
| Ex. 8 – Janis Sarts Statement, June 28, 2017 | AR0093-AR0098 |
| Ex. 9 – The Diplomat Article, Mar. 3, 2015 | AR0099-AR0100 |
| Ex. 10 – James Clapper Statement, Feb. 26, 2015 | AR0101-AR0129 |
| Ex. 11 – The Hill Article, Apr. 12, 2015 | AR0130-AR0132 |
| Ex. 12 – Intelligence Community Election Assessment | AR0133-AR0154 |
| Ex. 13 – Fox News Article, Apr. 24, 2015 | AR0155-AR0156 |
| Ex. 14 – DHS and FBI Joint Analysis Report, Dec. 29, 2016 | AR0157-AR0169 |
| Ex. 15 – DHS Analysis Report, Feb. 10, 2017 | AR0170-AR0288 |
| Ex. 16 – OFAC Press Release, Dec. 29, 2016 | AR0289-AR0290 |
| Ex. 17 – 2012 Taia Global Study | AR0291-AR0297 |
| Ex. 18 – Council of Europe Translation of Federal Law No. 40-FZ, Feb. 24, 2012 | AR0298-AR0326 |
| Ex. 19 – McClatchy Article, July 3, 2017 | AR0327-AR0332 |
| Ex. 20 – Bloomberg Technology Article, July 11, 2017 | AR0333-AR0334 |
| Ex. 21 – Excerpt of Kaspersky Certificates Webpage | AR0335 |
| Ex. 22 – Kaspersky Blog Post, Mar. 20, 2015 | AR0336-AR0342 |
| Ex. 23 – Wired Article, July 23, 2012 | AR0343-AR0362 |
| Ex. 24 – Bloomberg Businessweek Article, Mar. 19, 2015 | AR0363-AR0366 |
| Ex. 25 – Bloomberg Businessweek Article, July 11, 2017 | AR0367-AR0372 |
| Ex. 26 – Biography of Andre Tikhonov | AR0373-AR0376 |
| Ex. 27 – Federal Law No. FZ-40 | AR0377-AR0422 |
| Ex. 28 – Privacy International and Human Rights Watch Amicus Brief, Mar. 3, 2016 | AR0423-AR0451 |
| Ex. 29 – Federal Law No. FZ-144 | AR0452-AR0475 |
| Ex. 30 – Translation of Federal Law No. 144-FZ | AR0476-AR0484 |
| Ex. 31 – Library of Congress Global Legal Monitor, Mar. 2, 2016 | AR0485-AR0486 |
| Ex. 32 – World Policy Journal Article, Fall 2013 | AR0487-AR0492 |

1

| Document Description | Administrative Record (AR) Numbering |
|---|---|
| Ex. 33 – CSIS Reference Note, Apr. 18, 2014 | AR0493 |
| Ex. 34 – Excerpt of Baker and McKenzie Report | AR0494-AR0512 |
| Ex. 35 – Excerpt of Freedom House Report | AR0513-AR0532 |
| Ex. 36 – CBS News Article, Aug. 22, 2017 | AR0533-AR0534 |
| Ex. 37 – Venice Commission Opinion, June 20, 2012 | AR0535-AR0554 |
| Ex. 38 – Excerpt of Senate Intelligence Committee Hearing Transcript, May 11, 2017 | AR0555-AR0556 |
| Ex. 39 – House Science, Space and Technology Committee Press Release, July 28, 2017 | AR0557-AR0558 |
| Ex. 40 – Federal Computer Week Article, July 12, 2017 | AR0559-AR0561 |
| Ex. 41 – California Joint Communique, July 18, 2017 | AR0562 |
| Ex. 42 – Kaspersky Response, July 11, 2017 | AR0563-AR0566 |
| Ex. 43 – Kaspersky Statement, May 9, 2017 | AR0567-AR0568 |
| Ex. 44 – Forbes Article, July 27, 2017 | AR0569-AR0571 |
| Ex. 45 – SafeBreach Presentation, July 22, 2017 | AR0572-AR0619 |
| Ex. 46 – Associated Press Article, July 2, 2017 | AR0620-AR0623 |
| Ex. 47 – Excerpt of Reddit Ask Me Anything, May 11, 2017 | AR0624-AR0625 |
| Action Memo for Acting Secretary, Sept. 5, 2017 | AR0626-AR0627 |
| Acting Secretary Decision Memo, Sept. 13, 2017 | AR0628-AR0632 |
| BOD 17-01 | AR0633-AR0635 |
| Plan of Action Template | AR0636 |
| Acting Secretary Letter to Kaspersky, Sept. 13, 2017 | AR0637-AR0638 |
| Federal Register Notice (as transmitted to the Federal Register) | AR0639-AR0646 |
| **November 2017 Kaspersky Lab Response** | |
| Kaspersky Lab Request to Initiate Review of BOD 17-01 | AR0647-AR0683 |
| Ex. A – KGSS Cyber Threat Intelligence Product Catalogue | AR0684-AR0687 |
| Ex. B – BRG Assessment | AR0688-AR0725 |
| Ex. C – Russian Trade Register for Kaspersky Lab | AR0726-AR0738 |
| Ex. D – Russian Trade Register for MU 43753 | AR0739-AR0745 |
| Ex. E – Email Correspondence with Daniel Sutherland | AR0746-AR0748 |
| Ex. F – Kaspersky Lab Letter to DHS, July 18, 2017 | AR0749-AR0750 |
| Ex. G – DHS Response to Kaspersky Lab, Aug. 14, 2017 | AR0751 |
| **December 2017 Final Decision on Binding Operational Directive 17-01** | |
| Information Memo for Acting Secretary, Dec. 4, 2017 | AR0752-AR0776 |
| Ex. 1 – Report of Peter Maggs | AR0777-AR0821 |
| Ex. 2 – NCCIC Supplemental Information Security Risk Assessment | AR0822-AR0832 |
| Ex. 3 – NDAA Section 1634 | AR0833-AR0836 |
| Ex. 4 – Information Memo for Acting Secretary, Sept. 1, 2017 | AR0837-AR0858 |

| Document Description | Administrative Record (AR) Numbering |
|---|---|
| Ex. 4.A – NCCIC Information Security Risk Assessment, Aug. 29, 2017 | AR0859-AR0866 |
| Ex. 5 – Kaspersky Response to BOD 17-01, Sept. 13, 2017 | AR0867-AR0868 |
| Ex. 6 – Kaspersky Principles for Processing User Data | AR0869-AR0875 |
| Ex. 7 – Kaspersky Investigation Report, Nov. 16, 2017 | AR0876-AR0887 |
| Ex. 8 –End User License Agreement for Kaspersky Anti-Virus 2013 | AR0888-AR0898 |
| Ex. 9 – End User License Agreement for Kaspersky Anti-Virus 2018 | AR0899-AR0910 |
| Ex. 10 – Excerpt of NIST SP 800-83 | AR0911-AR0916 |
| Ex. 11 – Letter from Lamar Smith, July 27, 2017 | AR0917-AR0921 |
| Ex. 12 – David Shive Statement, Oct. 25, 2017 | AR0922-AR0925 |
| Ex. 13 –Politico Article, July 11, 2017 | AR0926-AR0928 |
| Ex. 14 – Eugene Kaspersky Blog Post, Oct. 19, 2017 | AR0929-AR0933 |
| Acting Secretary Final Decision, Dec. 6, 2017 | AR0934-AR0937 |
| Acting Secretary Letter to Kaspersky, Dec. 6, 2017 | AR0938 |
| **Other Correspondence** | |
| Cover Email Transmitting DHS Aug. 14, 2017 Response to Kaspersky July 18, 2017 Letter | AR0939 |
| DHS Response to Kaspersky, Aug. 14, 2017 | AR0940 |
| Cover Email Transmitting Acting Secretary Letter and Enclosures to Kaspersky, Sept. 13, 2017 | AR0941 |
| Cover Email Transmitting Acting Secretary Letter and Enclosures to Kaspersky, Dec. 6, 2017 | AR0942 |