UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KASPERSKY LAB, INC.<br><br>and<br><br>KASPERSKY LABS LIMITED<br><br>                  Plaintiffs,<br><br>   v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY<br><br>and<br><br>KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security<br><br>                  Defendants. | Civ. Act. No. 17-cv-02697-CKK |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF
APPLICATION FOR PRELIMINARY INJUNCTION,
IN FAVOR OF EXPEDITED SUMMARY JUDGMENT BRIEFING SCHEDULE**

Plaintiffs Kaspersky Lab, Inc. and Kaspersky Labs Limited file this Notice pursuant to the Court's February 13, 2018, Minute Order concerning Plaintiffs' Application for Preliminary Injunction (Doc. 10). In light of Plaintiffs' related constitutional challenge to the National Defense Authorization Act for Fiscal Year 2018 (also put at issue in the Defendants' Opposition to the Application for Preliminary Injunction), Plaintiffs will follow the Court's recommendation by withdrawing their Application, and pursue instead the expedited summary judgment briefing schedule provided for in the Court's Minute Order.

Plaintiffs respectfully request that the Court hold a Scheduling Conference at its earliest convenience to set this expedited schedule.

1

2

Dated: February 15, 2018

Respectfully submitted,

*/s/ Ryan P. Fayhee*
Ryan P. Fayhee (Bar No. 1033852)

*/s/ Steven Chasin*
Steven Chasin (Bar No. 495853)

**Baker & McKenzie LLP**
815 Connecticut Avenue NW
Washington D.C. 20006
Tel: (202) 452 7024
Fax: (202) 416 7024
Ryan.Fayhee@bakermckenzie.com
Steven.Chasin@bakermckenzie.com

*Attorneys for Kaspersky Lab, Inc. and Kaspersky Labs Limited*