**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KASPERSKY LAB, INC., *et al.*,<br>    Plaintiffs<br>    v.<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>    Defendants | Civil Action No. 17-2697 (CKK) |
| KASPERSKY LAB, INC., *et al.*,<br>    Plaintiffs<br>    v.<br>UNITED STATES OF AMERICA,<br>    Defendant | Civil Action No. 18-325 (CKK) |

**ORDER**
(February 16, 2018)

The Court held a teleconference with the parties in the above-captioned matters on the record today, February 16, 2018. At the request of both parties, the Court **CONSOLIDATES** these two matters solely for the purpose of briefing an upcoming round of dispositive motions. Those motions will include cross-motions for summary judgment and a motion to dismiss in *Kaspersky Lab, Inc., et al., v. United States Department of Homeland Security*, *et al.*, (17-cv-2697), as well as a motion to dismiss in *Kaspersky Lab, Inc., et al., v. United States of America* (18-cv-325). The Court will set the briefing schedule for those motions (which was agreed to by the parties) by separate Order. The parties shall file their pleadings only in the earlier-filed matter (17-cv-2697).

**SO ORDERED.**

          /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge