## INDEX TO ADMINISTRATIVE RECORD EXCERPTS

| Exhibit | Description | Administrative Record (AR) Numbering |
|---|---|---|
| A | Letter from Kaspersky Lab to DHS, July 18, 2017 | AR 749-750 |
| B | Letter from DHS to Kaspersky Lab, Aug. 14, 2017 | AR 940 |
| C | BOD-17-01 | AR 633-635 |
| D | Decision memorandum, Sep. 13, 2017 | AR 628-632 |
| E | Information memorandum, Sep. 1, 2017 | AR 3-23 |
| F | Letter from DHS to Mr. Eugene Kaspersky, Sep. 1, 2017 | AR 637-638 |
| G | Email correspondence between Ryan Fayhee and Daniel Sutherland, Oct. 2017 | AR 746-748 |
| H | Federal Register Notice (as transmitted to the Federal Register) | AR 639-646 |
| I | Kaspersky Lab Submission, Nov. 10, 2017 (with Exhibits A-G thereto) | AR 647-744 |
| J | Final Decision memorandum, Dec. 6, 2017 | AR 934-937 |
| K | Final Information memorandum, Dec. 4, 2017 | AR 752-776 |
| L | Letter from DHS to Mr. Eugene Kaspersky, Dec. 6, 2017 | AR 938 |
| M | Report of Peter B. Maggs | AR 777-820 |
| N | National Cybersecurity and Communications Integration Center – Information Security Risk Assessment: COTS Antivirus Software and Kaspersky-Branded Products, Aug. 29, 2017 | AR 25-32 |
| O | National Cybersecurity and Communications Integration Center – Report: Supplemental Information Security Risk Assessment – Kaspersky-Branded Products and Berkeley Research Group Independent Assessment | AR 822-832 |