# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KASPERSKY LAB, INC.; and KASPERSKY LABS LIMITED, *Plaintiffs*, v. U.S. DEPARTMENT OF HOMELAND SECURITY; and KIRSTJEN NIELSEN *Secretary of Homeland Security* *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civ. No. 17-2697 (CKK) |

### DECLARATION OF SAMUEL M. SINGER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT

I, Samuel M. Singer, hereby declare:

1. I am a trial attorney with the U.S. Department of Justice, Civil Division, Federal Programs Branch, and represent the Defendants in the above-captioned case.

2. I make this declaration in support of Defendants' Motion to Dismiss or, Alternatively, for Summary Judgment.

3. Attached hereto as Exhibit 3-A is a true and correct copy of *Russia's Top Cyber Sleuth Foils US Spies, Helps Kremlin Pals*, Wired (July 23, 2012), available at: wired.com/2012/07/ff_kaspersky/all/

4. Attached hereto as Exhibit 3-B is true and correct copy of *Disinformation: A Primer in Russian Active Measures and Influence Campaigns, Panel II*, 115th Cong. 40 (March 30, 2017), available at: https://www.gpo.gov/fdsys/pkg/CHRG-115shrg25998/html/CHRG-115shrg25998.htm

5. Attached hereto as Exhibit 3-C is true and correct copy of *Bolstering the Government's Cybersecurity: Assessing the Risks of Kaspersky Lab Products to the Federal Government*, H. Comm. on Science, Space, and Technology, 115th Cong. (October 25, 2017), available at: https://www.gpo.gov/fdsys/pkg/CHRG-115hhrg27672/pdf/CHRG-115hhrg27672.pdf

6. Attached hereto as Exhibit 3-D is true and correct copy of H.R. Con. Res. 47, 115th Cong. (2017), available at: https://www.congress.gov/115/bills/hconres47/BILLS-115hconres47ih.pdf

7. Attached hereto as Exhibit 3-E is true and correct copy of *Bolstering the Government's Cybersecurity: Lessons Learned from Wannacry*, 115th Cong. 72 (June 15, 2017), available at: https://www.gpo.gov/fdsys/pkg/CHRG-115hhrg26234/pdf/CHRG-115hhrg26234.pdf

8. Attached hereto as Exhibit 3-F is true and correct copy of *Russian Interference in 2016 U.S. Elections*, 115th Cong. 41 (June 21, 2017), available at: https://www.intelligence.senate.gov/sites/default/files/hearings/Russian%20Interference%20in%20the%202016%20U.S.%20Elections%20S.%20Hrg.%20115-92.pdf

9. Attached hereto as Exhibit 3-G is true and correct copy of *Help or Hindrance? A Review of SBA's Office of the Chief Information Officer*, 115th Cong. (July 12, 2017), available at: https://www.gpo.gov/fdsys/pkg/CHRG-115hhrg26248/pdf/CHRG-115hhrg26248.pdf

10. Attached hereto as Exhibit 3-H is true and correct copy of 163 Cong. Rec. S3492 (2017), available at: https://www.congress.gov/crec/2017/06/14/CREC-2017-06-14-pt1-PgS3491-2.pdf

11. Attached hereto as Exhibit 3-I is true and correct copy of S. 1519, 115th Cong. (2017),

available at: https://www.congress.gov/115/bills/s1519/BILLS-115s1519pcs.pdf

12. Attached hereto as Exhibit 3-J is true and correct copy of Amendment (SA 663) to H.R. 2810, 115th Cong. (2017), available at:

https://www.congress.gov/crec/2017/07/27/CREC-2017-07-27-pt1-PgS4440.pdf

13. Attached hereto as Exhibit 3-K is true and correct copy of Senator Jeanne Shaheen's Legislation to Ban Kaspersky Software Government-Wide Passes Senate As Part of Annual Defense Bill (Sept. 18, 2017), available at:

shaheen.senate.gov/news/press/shaheens-legislation-to-ban-kaspersky-software-government-wide-passes-senate-as-partof-annual-defense-bill-

14. Attached hereto as Exhibit 3-L is true and correct copy of Cyrus Farviar, *Kaspersky under scrutiny after Bloomberg story claims close links to FSB*, Arts Technica (July 11, 2017), available at: arstechnica.com/information-technology/2017/07/kaspersky-denies-inappropriate-ties-with-russian-govt-after-bloomberg-story/

15. Attached hereto as Exhibit 3-M is true and correct copy of Reuters Staff, *Best Buy stops sale of Russia-based Kaspersky products*, Reuters (Sept. 8, 2017), available at:

reuters.com/article/us-usa-kasperskylab-best-buy/best-buy-stops-sale-of-russia-based-kaspersky-productsidUSKCN1BJ2M4

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2018

Washington, D.C.

                                               */s/ Samuel M. Singer*
                                               Samuel M. Singer