THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KASPERSKY LAB, INC.; and KASPERSKY LABS LIMITED, | ) ) ) ) | |
| *Plaintiffs*, | ) ) | |
| *v.* | ) ) | Civ. No. 17-2697 (CKK) |
| U.S. DEPARTMENT OF HOMELAND SECURITY; and KIRSTJEN NIELSEN *Secretary of Homeland Security* | ) ) ) ) ) | |
| *Defendants.* | ) ) | |

## DEFENDANTS' MOTION TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT

Pursuant to Rule 12(b)(1) and Rule 56 of the Federal Rules of Civil Procedure, the Defendants respectfully move to dismiss the Complaint in this action or, alternatively, for summary judgment. Defendants move to dismiss because Plaintiffs lack standing to challenge Binding Operational Directive 17-01 (the BOD). Defendants move for summary judgment on the grounds that the BOD violated neither the Fifth Amendment's Due Process Clause nor the Administrative Procedures Act. Support for this motion is provided in the accompanying memorandum of law and relevant exhibits.

Dated: March 26, 2018

                                                Respectfully submitted,

                                                CHAD A. READLER
                                                Acting Assistant Attorney General

ERIC R. WOMACK
DIANE KELLEHER
Assistant Branch Directors
Civil Division

*/s/ Samuel M. Singer*
SAMUEL M SINGER (D.C. Bar 1014022)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, D.C.  20530
Telephone:  (202) 616-8014
Fax:  (202) 616-8470

Attorneys for Defendants