# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KASPERSKY LAB, INC., *et al.*,<br>    Plaintiffs<br>    v.<br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, *et al.*,<br>    Defendants | Civil Action No. 17-2697 (CKK) |

# ORDER
(May 30, 2018)

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 30th day of May, 2018, hereby

**ORDERED** that Defendants' [21] Motion to Dismiss is **GRANTED**.  It is further

**ORDERED** that this case is **DISMISSED**.

*This is a final, appealable order.*

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　United States District Judge