UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KASPERSKY LAB, INC. and KASPERSKY LABS LIMITED,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and KIRSTJEN M. NIELSEN, in her official capacity as Secretary of Homeland Security,<br><br>        Defendants. | Case No. 1:17-cv-02697-CKK |
| KASPERSKY LAB, INC. and KASPERSKY LABS LIMITED,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 1:18-cv-00325-CKK |

## **NOTICE OF APPEAL**

Notice is hereby given that Kaspersky Lab, Inc. and Kaspersky Labs Limited, Plaintiffs in the above named cases, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the consolidated memorandum opinion and orders of this Court entered on May 30, 2018, granting Defendants' motions to dismiss and dismissing the above named cases (Docket Entries 25 & 26 in Case No. 1:17-cv-02697-CKK and Docket Entries 13 & 14 in Case No. 1:18-cv-00325-CKK).

84225946_1

Dated:  June 6, 2018 Respectfully submitted,

  /s/ Ryan P. Fayhee
Ryan P. Fayhee, D.C. Bar No. 1033852
Scott H. Christensen, D.C. Bar No. 476439
Stephen R. Halpin III, D.C. Bar No. 1048974
HUGHES HUBBARD & REED LLP
1775 I Street, N.W., Suite 600
Washington, D.C. 20006-2401
Telephone:  (202) 721-4600
Facsimile:  (202) 721-4646
Email:  ryan.fayhee@hugheshubbard.com
Email:  scott.christensen@hugheshubbard.com
Email:  stephen.halpin@hugheshubbard.com

*Attorneys for Plaintiffs Kaspersky Lab, Inc. and Kaspersky Labs Limited*

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 6, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: June 6, 2018        /s/ Stephen R. Halpin, III
      Stephen R. Halpin III, D.C. Bar No. 1048974